Sammy L. PAGE, Plaintiff—Appellant,

v.

Baruch MARGALIT; et al.,
Defendants—Appellees.

No. 01–55113.
D.C. No. CV–99–04399–GHK.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2002.*

Decided Jan. 25, 2002.

Before KLEINFELD, HAWKINS, and SILVERMAN, Circuit Judges.

* Because this panel unanimously finds this case suitable for decision without oral argument, Page's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Sammy L. Page, who is civilly committed at Atascadero State Hospital, appeals pro se the district court's judgment dismissing his action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's dismissal. *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order). We affirm.

We compare Page's rights as a person civilly committed with a pre-trial detainee's rights, and conclude that Page's complaint did not sufficiently state a claim under the Fourteenth Amendment against defendant Margalit. *Cf. Bell v. Wolfish*, 441 U.S. 520, 537 n. 16, 99 S.Ct. 1861, 60 L.Ed.2d 447 (1979); *Frost v. Agnos*, 152 F.3d 1124, 1128 (9th Cir.1998). We agree with the district court that Page failed to state a claim against defendant Finnberg because Finnberg is entitled to absolute immunity. *See Burns v. County of King*, 883 F.2d 819, 822 (9th Cir.1989) (per curiam).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.